# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 16, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130917(73)(75)(77)

RANDALL L. ROSS,
        Plaintiff-Appellee,

v

AUTO CLUB GROUP,
        Defendant-Appellant.

SC: 130917
COA: 262167
Macomb CC: 2004-001913-CK

_____

        On order of the Chief Justice, the motion by plaintiff-appellee for extension to October 31, 2007 of the time for filing his brief is GRANTED. Motions by the Coalition Protecting Auto No-Fault and Michigan Health & Hospital Association for leave to file briefs *amicus curiae* are considered and they are GRANTED.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 16, 2007

_____
Clerk